ERNEST ARAIZA v. THE STATE.

No. 9263.   Delivered February 18, 1925.

Burglary.

No statement of facts nor bills of exception appearing in the record, the judgment is affirmed.

Appeal from the District Court of Bexar County.   Tried below before the Hon. W. S. Anderson, Judge.

Appeal from a conviction for burglary; penalty, two years in the penitentiary.

No brief filed for appellant.

*Tom Garrard*, State's Attorney, and *Grover C. Morris*, Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is burglary; punishment fixed at confinement in the penitentiary for a period of two years.

The record is before us without statement of facts or bills of exception.   The indictment appears regular.   No fundamental error has been discovered or pointed out.

The judgment is affirmed.

. *Affirmed.*